IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. IV) | Consolidated Under MDL DOCKET NO. 875 |
| MARIA TORRES, Administratrix of the Estate of Ruben Torres, Deceased, et al. | E.D. PA Civil Action No. 95-1173 |
| v. | |
| CONSOLIDATED RAIL CORPORATION, et al. | |



FILED
FEB 25 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

ORDER

AND NOW, this 24th day of February, 2014, this matter having been referred to me by the Honorable Eduardo C. Robreno to address Plaintiff's Motion for Interpleader, and upon consideration of the motion for interpleader, the response of the Secretary of Health and Human Services ["HHS"], and the various replies, it is hereby **ORDERED,** for the reasons stated in the attached memorandum, that:

Plaintiff's Motion for Interpleader [Document No. 26] is **DENIED for lack of subject matter jurisdiction.**

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

By e-mail to:  the Honorable Eduardo C. Robreno
Richard P. Myers, Esq.          myersrpm@gmail.com
Paul A. Kauffman, Esq.          paul.kauffman2@usdoj.gov